## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-00112-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HEATHER LACHANCE,

       Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal of Case (Doc 5 - filed January 23, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  January 24, 2014